DAVIS, Director General, etc. (Mobile & O. R. Co.) *v.* L. N.
DANTZLER LUMBER CO.

(In Banc. June 18, 1923.).

[97 So. —.  No. 21848.]

RAILROADS.  *Director General not subject to garnishment.*

   Under the Federal Control Acts (39 Stat. at Large, 619, 645,
      chapter 418;  40 Stat. at Large, 451, chapter 25, U. S. Comp.
      St. 1918, U. S. Comp. St. Ann. Supp. 1919, section 3115¾a et seq.,
      Fed. St. Ann. Supp. 1918, p. 757;  41 Stat. at Large, 456, chapter
      91, Fed. Stat. Ann. Supp. 1920, p. 72) the Director General of
      the United States is not subject to garnishment. *Davis, Director
      General* v. *Dantzler Lumber Co.,* 43 Sup. Ct. 349, 67 L. Ed. 387.

Suit by the L. N. Dantzler Lumber Company against
James C. Davis, Director General, etc.  On motion to re-
verse.  Judgment (126 Miss. 812, 89 So. 148) heretofore
entered reversed and set aside, and cause remanded, with
directions.

ETHRIDGE, J., delivered the opinion of the court.

On the appeal in this case from the chancery court at a
former term thereof, the judgment of the court below was
reversed, and the Mobile & Ohio Railroad Company, a cor-
poration, discharged, and James C. Davis, Director Gen-
eral, on motion to be substituted, was substituted as ap-
pellant, and a modified judgment entered against said
James C. Davis, Director General, operating the Mobile
& Ohio Railroad Company under governmental control.
A writ of *certiorari* was procured, and the case carried to
the supreme court of the United States, and on the 26th
day of February, 1923, judgment entered reversing the
decision of this court for further proceedings not incon-
sistent with the opinion then rendered, which opinion is
reported in 43 Sup. Ct. 349, 67 L. Ed. 387.

In accordance with the mandate and opinion of the United States supreme court referred to, the judgment heretofore entered is reversed and set aside, and the cause remanded to the chancery court, with directions to discharge James C. Davis, Director General, operating the Mobile & Ohio Railroad Company as garnishee in said cause.

*Reversed and remanded.*